IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                CV-15-19-BU-BMM-JCL

-vs-

BARBARA MADIGAN,                **ORDER**

                Defendant.

Pursuant to the Plaintiff United States' motion for dismissal of Count I, pursuant to Federal Rule of Civil Procedure 41(a)(2), and entry of judgment as to Count II, pursuant to Federal Rule of Civil Procedure 58(b)(2)(B) and L.R. 58.1,

IT IS HEREBY ORDERED that the motion (Doc. 38) is GRANTED. The Clerk shall immediately enter judgment for the United States on Count II in the amount of $128,765.40, plus interest at the post-judgment rate pursuant to 28

U.S.C. § 1961. IT IS FURTHER ORDERED that Count I is dismissed with prejudice and the trial scheduled for October 11, 2016 as to Count I is vacated.

DATED this 26th day of September, 2016.

Brian Morris
United States District Court Judge