UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA MADIGAN,<br><br>Defendant. | Case No. CV-15-019-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED that Judgment is entered for the Plaintiff, United States of America and against the Defendant, Barbara Madigan in the amount of $128,765.40, plus interest at the post-judgment rate pursuant to 28 U.S.C. Section 1961.

Dated this 26th day of September, 2016.

TYLER P. GILMAN, CLERK

By: /s/ Erica Larson
Erica Larson, Deputy Clerk